# **EXHIBIT 2**

FILED: NEW YORK COUNTY CLERK 09/26/2017 04:17 PM    INDEX NO. 650205/2011

NYSCEF DOC. NO. 1695    RECEIVED NYSCEF: 09/26/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 54
----------------------------------------------------------------X
ROSEMARIE A. HERMAN, individually, as beneficiary
of the trust created by Harold Herman as Grantor under
agreement dated March 1, 1990 and as beneficiary of the
trust created by Rosemarie A. Herman as Grantor dated
November 27, 1991 et al.,

                                     Plaintiffs,

            -against-

JULIAN MAURICE HERMAN; J. MAURICE
HERMAN, as Trustee of the J. Maurice Herman
Revocable Trust dated October 28, 2002; J. MAURICE
HERMAN, as Trustee of the trust created by Harold
Herman as Grantor under agreement dated March 1,
1990; et al.,

                                 Defendants.
----------------------------------------------------------------X
JULIAN MAURICE HERMAN,

                       Third-Party Plaintiffs,

            -against-

JOSEPH ESMAIL and SOLITA N. HERMAN,

                       Third-Party Defendants.
----------------------------------------------------------------X

Index No.: 650205/2011

**ORDER AND JUDGMENT**

    **WHEREAS**, on April 28, 2017 the Court issued a Decision and Order, which was

entered on May 2, 2017 (the "Judgment Order"), ordering that a judgment be entered against

Julian Maurice Herman ("Maurice") as follows:

    "ORDERED that upon service upon him of a copy of this order with notice of entry, the

Clerk is directed enter judgment against Julian Maurice Herman as follows:

    1. Julian Maurice Herman is hereby enjoined to cause Windsor Plaza, LLC, a Delaware

limited liability company, to execute and record a deed conveying the real property located at

952 Fifth Avenue, New York, NY, to Julian Maurice Herman and Ariel E. Belen, as temporary

FILED: NEW YORK COUNTY CLERK 09/26/2017 04:17 PM

NYSCEF DOC. NO. 1695

INDEX NO. 650205/20

RECEIVED NYSCEF: 09/26/2017

trustee of the trust created by Rosemarie A. Herman on November 27, 1991, as tenants in common;

2. in favor of Ariel E. Belen, as temporary trustee of the trust created by Rosemarie A. Herman on November 27, 1991, in the amount of $32,198,836.59, plus prejudgment interest at 9% from January 2, 2003 in the amount of $ ✱_____, and $3,742,596.90, for a total sum of $ ✱_____, with statutory interest from entry of judgment at 9%; and  ✱ See adjudication paragraph

3. in favor of Rosemarie A. Herman and Ariel E. Belen, as trustees of the Trust created by Harold Herman on March 1, 1990, in the amount of $10,732,945.50, plus prejudgment interest at 9% from January 2, 2003 in the amount of $ ✱_____, for a total sum of $ ✱_____, with statutory interest from entry of judgment at 9%" (the "Decretal Directive"); and

WHEREAS, upon submitting a proposed judgment to the Clerk, as directed in the Decretal Directive, the New York County Court Clerk advised that it cannot enter a judgment for declaratory relief, but that only the Court can enter judgment for declaratory relief; and

WHEREAS, during a conference call by and among the parties and the Court on May 22, 2017, the Court directed Plaintiffs to submit a proposed order amending the April 28, 2017 Decision and Order so as to permit Plaintiffs in the above-captioned action to submit a proposed judgment directly to the Court for consideration and entry; it is hereby

ORDERED that the Decretal Directive is stricken and replaced with the following:

"ORDERED and ADJUDGED that:

1. Julian Maurice Herman is hereby enjoined to cause Windsor Plaza, LLC, a Delaware limited liability company, to execute and record a deed conveying the real property located at

2

FILED: NEW YORK COUNTY CLERK 09/26/2017 04:17 PM

NYSCEF DOC. NO. 1695

INDEX NO.

RECEIVED NYSCEF: 09/26/2017

952 Fifth Avenue, New York, NY, to Julian Maurice Herman and Ariel E. Belen, as temporary

trustee of the trust created by Rosemarie A. Herman on November 27, 1991, as tenants in

common;

2. Ariel E. Belen, residing at *3920 Avenue P, Brooklyn, NY 11234*, as temporary

trustee of the trust created by Rosemarie A. Herman on November 27, 1991, shall recover from

Julian Maurice Herman, residing at *5 Sloans Curve Drive, Palm Beach FL 33480*, the amount of

$32,198,836.59, plus prejudgment interest at 9% from January 2, 2003 in the amount of

$ *42,722,122.12*, and $3,742,596.90, for a total sum of $ *78,663,555.61*, with statutory

interest from entry of judgment at 9%; and

3. Rosemarie A. Herman, residing at *36 Gramercy Park East, Apt. 5W New York, NY 10003*, and

Ariel E. Belen, residing at *3920 Avenue P, Brooklyn, NY 11234*, as trustees of the Trust

created by Harold Herman on March 1, 1990, shall recover from Julian Maurice Herman,

residing at *5 Sloans Curve Drive, Palm Beach, FL 33480*, the amount of $10,732,945.50, plus

prejudgment interest at 9% from January 2, 2003 in the amount of $ *14,240,707.33*, for a

total sum of $ *24,973,652.83*, with statutory interest from entry of judgment at 9%."; and

Said judgment-creditors shall have execution thereon.

Dated: September 19, 2017

ENTER:

_____

Shirley Werner Kornreich, J.S.C.

**FILED**

SEP 26 2017

COUNTY CLERK'S OFFICE
NEW YORK

as a Judgment

Clerk

3

NYSCEF DOC. NO. 1695

INDEX NO. 650205/2011
RECEIVED NYSCEF: 09/26/2017

650205/2011

Order + Judgment
Attorney for Judgment Creditor
Law Offices of Craig Avedisian, P.C.
60 East 42ᴺᴰ Street
40ᵗʰ Floor
New York, NY 10165

2 - 1
FILED AND
DOCKETED
SEP 26 2017
AT 3:04 P M
N.Y. CO. CLKS OFFICE
as a Judgment