# EXHIBIT 4



P.O. Box 2600
Valley Forge, PA 19482-2600

www.vanguard.com

October 3, 2017

**Via FedEx**
Natasha Shishov, Esq.
Jaspan Schlesinger, LLP
300 Garden City Plaza, FL 5
Garden City, NY 11530-3324

RE:  Rosemarie A. Herman v. Julian Maurice Herman, et al.
     Index No.: 590354/2013

Dear Ms. Shishov:

The Vanguard Group, Inc. ("Vanguard"), hereby encloses its answers in connection with the "Information Subpoena with Restraining Notice" issued in the above-captioned matter.

No open accounts in the name of Judgment debtor Julian Maurice Herman were located to restrain.

If you have any questions concerning this matter, please contact me at 610-669-9374.

Sincerely,

Miles Gilpin
Legal Analyst
Legal Department

Enclosure

cc:  Julian Maurice Herman (w/copy of subpoena)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 54
-----------------------------------------------------------------------X
ROSEMARIE A. HERMAN, individually, as beneficiary of
the trust created by Harold Herman as Grantor under
agreement dated March 1, 1990 and as beneficiary of the
trust created by Rosemarie A. Herman as Grantor dated     Index No. 650205/2011
November 27, 1991 et al.,

                  Assigned Justice
             Plaintiffs,  Hon. Shirley W. Kornreich

      -against-         **QUESTIONS AND**
                       **ANSWERS IN**
JULIAN MAURICE HERMAN; J. MAURICE HERMAN, **CONNECTION WITH**
as Trustee of the J. Maurice Herman Revocable Trust dated **INFORMATION**
October 28, 2002; J. MAURICE HERMAN, as Trustee of **SUBPOENA**
the trust created by Harold Herman as Grantor under
agreement dated March 1, 1990; MICHAEL OFFIT;
MICHAEL OFFIT, as Trustee of the trust created by Harold
Herman as Grantor under agreement dated March 1, 1990;
MICHAEL OFFIT, as Trustee of the trust created by
Rosemarie A. Herman as Grantor dated November 27,
1991; et al.,
             Defendants.
-----------------------------------------------------------------------X

JULIAN MAURICE HERMAN,

         Third-Party Plaintiff,  Index No.: 590354/2013
      -against-

JOSEPH ESMAIL and SOLITA N. HERMAN,

             Third-Party Defendants.
-----------------------------------------------------------------------X

Re: JULIAN MAURICE HERMAN, 5 Sloans Curve Drive, Palm Beach, Florida 33480,
   Judgment Debtor

*PENNSYLVANIA*
~~STATE OF NEW YORK~~ ) ss.:
            )
COUNTY OF *CHESTER* )

  *Miles Gilpin*_____, being duly sworn, deposes and says: that deponent is ~~the~~ *Legal Analyst*_____ of *The Vanguard Group, Inc.*, recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth below are made from information obtained from the records of the recipient:

Q. No. 1    Are any of the assets of the debtor, in your possession or care, subject to liens, attachments or other encumbrances?    A.    No. 1
Q. No. 2    What are the full details of the same in regard to each asset?    A.    No. 2

A. No. 1.  No open accounts held.
A. No. 2.  Not applicable.

Q. No. 3    Do you have any other transactions with the debtor, directly or indirectly, as a result of which the debtor may now have, or any in the future, become entitled to?    A.    No. 3

A. No. 3.  No

Q. No. 4    What are the full details of each such transaction?

A. No. 4  Not Applicable

Q. No. 5    Has the debtor given you a statement of his financial condition?    A.    No. 5
Q. No. 6    What assets are disclosed therein (on in the alternative supply a copy)?

A. No. 5.  No
A. No. 6  Not Applicable

Q. No. 7    Do you and the debtor have a financial arrangement in which you remit payment for services performed by him?    A.    No. 7
What is the nature of such arrangement?

A. No 7.  No.

Q. No. 8    Have you provided defendant with any W2s, K-1s, or other such document which reported fees and/or income received by him for the last three (3) years?    A.    No. 8
What income is disclosed therein (on in the alternative supply a copy)?

A. No 8.  No

Q. No. 9   Do you have a record of any account in which the judgment debtor may have an interest, whether under the name of the debtor, under a trade or corporate name, or in association with others, as of the date of the subpoena or within three (3) years prior thereto, including but not limited to any account for which the judgment debtor has or had signatory power?    A.   No. 9

Yes

Q. No. 10   As to such account, which is the exact title of the account, the date opened, amounts presently on deposit; if closed, the amount of deposit when closed and the dated closed?    A.   No. 10

| TITLE | DATE OPENED | AMOUNT ON DEPOSIT | DATE CLOSED |
|---|---|---|---|
| J. MAURICE HERMAN REVOCABLE TRUST JULIAN MAURICE HERMAN, TRUSTEE UA 10-28-02 | 6-30-08 | 0.00 | 4-8-2016 |

Q. No. 11   Do you have a record of any safe deposit box in which the judgment debtor may have an interest, whether under the name of the debtor, under a trade or corporate name, on in association with others, as of the date of the subpoena or within one (1) year prior thereto?    A.   No. 11

A. No 11   No

Q. No. 12   Do your hold collateral in which the debtor has or may have an interest?   A. No 12. No    A.   No. 12

Q. No. 13   What is the description and value of each item of collateral:    A.   No. 13

A. No 13   Not Applicable

| DESCRIPTION | VALUE |
|---|---|
| N/A | |

Q. No. 14   What interest does the debtor appear to have in each item of collateral?    A.   No. 14

A. No 14. Not Applicable

_/s/_ 10-3-2017

MILES GILPIN

Signed and sworn to before me on this 3rd day of October, 2017

_/s/ Lisa J. Rawus_
Notary Public

NOTARIAL SEAL
Lisa S. Rawus, Notary Public
Tredyffrin Twp., Chester County
My Commission Expires Oct. 7, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
COMMONWEALTH OF PENNSYLVANIA

SLM/D1244696v1/M056994/C0150420