UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

ARIEL E. BELEN, as Temporary Co-Trustee of
the Trust created by Harold Herman dated March 1,
1990 and as Temporary Trustee of the Trust
created by Rosemarie Herman dated November 27,
1991, and ROSEMARIE HERMAN, as Co-Trustee
of the Trust created by Harold Herman dated
March 1, 1990,

                    Plaintiffs,

   -against-

JULIAN M. HERMAN, ROCLA, LLC, ROCLAB,
LLC, THE VANGUARD GROUP, INC.,
OAKWORTH CAPITAL BANK, DENTONS
SIROTE, PC, DENTONS US LLP, and HOWARD
NEISWENDER,

                    Defendants.

---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

22 Civ. 6455 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On November 1, 2024, Plaintiffs filed a motion to compel, which has been fully briefed. *See* ECF No. 114. And on March 13, 2025 and March 17, 2025, the parties filed joint discovery dispute letters concerning a number of issues. *See* ECF No. 127-29. I address each of the matters raised below:

1. The parties, having conducted discovery since April 1, 2024, *see* ECF No. 87, shall complete their joint discovery by June 20, 2025. This date will not be enlarged. Motions relating to discovery shall not be filed after that date.

2. No further Rule 33 or 34 notices may be served. Responses and document production to all previous notices shall be served by April 10, 2025.

1

3. Parties claiming privilege shall produce privilege logs conforming to Fed. R. Civ. P. 26(b)(5)(A) and Local Rule 26.2(b), by April 10, 2025, failing which, privilege is waived. I decline to appoint a Special Master to oversee this process.

4. I overrule as overbroad Plaintiffs' contentions regarding Vanguard's discovery productions.

5. I will meet with counsel virtually on Friday, April 25, 2025, at 10:00 a.m., to regulate further proceedings.

6. This Order supersedes all prior discovery dates agreed to by the parties or ordered by the Court.

The Clerk of Court shall terminate ECF No. 114.

SO ORDERED.

Dated:   March 19, 2025
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge