UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
BELEN ET AL, :
:
                Plaintiffs, :    **ORDER REGULATING**
:     **PROCEEDINGS**
   -against- : 
:    22 Civ. 6455 (AKH)
HERMAN ET AL, :
:
                Defendants. :
:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A hearing was held on April 30, 2025 regarding the privilege dispute between the parties, ECF No. 138, and I reviewed *in camera* several documents selected by Defendant Vanguard from Plaintiffs' privilege log over which Plaintiffs asserted privilege. I held that those documents clearly were not privileged. Plaintiffs then waived their privilege as to all 11,819 documents listed in their privilege log and are ordered to produce all of those documents no later than May 7, 2025. I also deny the pending motion to seal, without prejudice as to a future motion to seal specific documents. The Clerk is directed to terminate that motion, ECF No. 147.

    My Order of March 19, 2025, ECF No. 131, remains in effect. Pursuant to that Order, all discovery, including the taking of any depositions, shall be completed by June 20, 2025. The parties shall next appear before me on June 25, 2025 at 2:30 p.m. in Courtroom 14D.

    SO ORDERED.

Dated:    April 30, 2025
            New York, New York

                                                        /ALVIN K. HELLERSTEIN
                                                        United States District Judge