Troutman Pepper Locke LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613

troutman.com

**William M. Taylor**
william.taylor@troutman.com

Adjournment is denied. The Clerk shall terminate the open motion for adjournment, ECF Nos. 201 and 204.
SO ORDERED.
6.4.25 /s/ Alvin K. Hellerstein

VIA ECF

June 3, 2025

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***Belen, et al. v. Herman. Et al.,***
**Case No. 22-cv-06455 (AKH)**

Dear Judge Hellerstein:

On behalf The Vanguard Group, Inc. ("Vanguard"), and pursuant to Section 1.D of Your Honor's Individual Practices, we are updating Vanguard's request for an adjournment of the June 4, 2025 hearing in light of new information related to the subject matter of the hearing. [redacted]

[redacted]

[redacted]

[redacted]



I apologize for the fluidity of this situation but stand ready to answer any questions Your Honor may have.

Respectfully submitted,

*/s/ William M. Taylor*

William M. Taylor

cc: All counsel of record (via ECF)
Defendant Julian M. Herman (via email)