UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                 :
BELEN ET AL,                                                     :
                                                                 :   **ORDER ON MOTION FOR**
                                    Plaintiffs,                  :   **RECONSIDERATION**
                                                                 :
        -against-                                                :   22 Civ. 6455 (AKH)
                                                                 :
HERMAN ET AL,                                                    :
                                                                 :
                                    Defendants.                  :
                                                                 :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiffs move for reconsideration of my June 5, 2025 Order denying Plaintiffs' motion to compel. The motion is limited to issues stated in the motion on which I did not rule. I grant reconsideration and now rule on those issues.

Plaintiffs moved to compel Vanguard to produce full copies of certain redacted documents. Vanguard properly redacted those documents to protect personally identifiable information and sensitive commercial information of non-parties. Plaintiffs' motion is denied.

Vanguard's privilege log contains documents that have since been produced, documents as to which Vanguard asserts statutory privilege, and documents as to which Vanguard asserts work-product and/or attorney-client privilege. As to documents covered by statutory privilege, those were ruled on in a hearing on June 4, 2025. Plaintiffs moved to compel Vanguard to produce 157 documents as to which Vanguard asserts work-product privilege, or both work-product and attorney-client privilege. Vanguard represents that some of the documents that Plaintiffs seek were already produced. Vanguard shall amend its privilege log to reflect only those documents which it has not produced.

1

The parties shall collaborate in identifying the remaining documents, as to which Vanguard maintains its claim of work-product privilege, or work-product and attorney-client privilege, and as such are subject to Plaintiffs' motion to compel. Vanguard shall bring all such documents to a hearing to be held on August 27, 2025 at 10:30 a.m., to enable me to sample, and rule on, the claimed privilege documents.

The Clerk is directed to terminate the open motion, ECF No. 220.

SO ORDERED.

Dated:     August 7, 2025
           New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge

2