UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                              :
BELEN ET AL,                                  :
                                              :
                        Plaintiffs,           :       **ORDER DENYING**
                                              :       **DEFENDANTS' MOTION TO**
                                              :       **COMPEL DEPOSITIONS**
        -against-                             :
                                              :       22 Civ. 6455 (AKH)
HERMAN ET AL,                                 :
                                              :
                        Defendants.           :
                                              :
                                              :
------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendants move to compel the depositions of three attorneys, Craig Avedisian,

Steven Schlesinger, and Natasha Shishov, as fact witnesses. Defendants seek to elicit testimony

regarding those attorneys' knowledge of two accounts, Rocla and Roclab, not specifically

mentioned in a subpoena they issued in 2017. Plaintiffs oppose. In the alternative, Defendants

ask to preclude them from testifying. Plaintiffs oppose that as well.

       There has been no adequate showing of a need to take the depositions of the

attorneys. The question is not what the proponents of the subpoena knew, it is what answer was

required in response to the subpoena. It is Vanguard's conduct that is at issue, not Plaintiffs'

counsel's knowledge. However, it would be unfair to allow Plaintiffs to call these attorneys as

witnesses if they object to a deposition of them. Plaintiffs have a choice: either allow their

attorneys to be deposed or be subject to a preclusion order.

       Defendants' motion to compel is denied. Defendants' motion to seal certain

exhibits in support of its motion is granted.

1

The Clerk is directed to terminate the open motions, ECF Nos. 238, 240, 242, 243, and 245.

SO ORDERED.

Dated:       August 7, 2025
             New York, New York

ALVIN K. HELLERSTEIN
United States District Judge