UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                              :
BELEN ET AL,                                  :
                                              :   **ORDER REGULATING**
                   Plaintiffs,                :   **PROCEEDINGS**
                                              :
       -against-                              :   22 Civ. 6455 (AKH)
                                              :
HERMAN ET AL,                                 :
                                              :
                   Defendants.                :
                                              :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   The Court held a status conference on September 2, 2025, to hear issues on discovery and set a schedule for summary judgment motions:

   1. As to Defendant Vanguard's claim of privilege, the Court found the following:

      Document Vanguard_Priv_001: not privileged.

      The balance of documents reviewed: privileged.

   2. Defendant Vanguard shall file its motion for summary judgment by September 30, 2025. All other defendants shall file their motions, to include supporting documentation, by October 10, 2025. Opposition briefs shall be submitted by November 14, 2025. Replies to opposition brief shall be submitted November 25, 2025.

   3. The conference scheduled for September 15, 2025 is canceled.

       SO ORDERED.

Dated:   September 4, 2025
         New York, New York

                                         _____
                                         ALVIN K. HELLERSTEIN
                                         United States District Judge