UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
BELEN ET AL, :
: **ORDER REGULATING**
Plaintiffs, : **PROCEEDINGS**
:
-against- : 22 Civ. 6455 (AKH)
:
HERMAN ET AL, :
:
Defendants. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      1. As the parties have chosen a mediator and mediation date, the motion schedule set by my order of September 4, 2025, is suspended.

      2. The parties are hereby ordered to appear for a status conference on December 5, 2025, at 10 a.m., which will be held via the following call-in number:

      **Call-in number: 646-453-4442 | Access code: 129 372 297#**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

      3. Finally, no later than December 2, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    September 18, 2025                     /s/ Alvin K. Hellerstein
           New York, New York            ALVIN K. HELLERSTEIN
                                        United States District Judge