UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------X

ARIEL E. BELEN, as Temporary Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 and as Temporary Trustee of the Trust created by Rosemarie Herman dated November 27, 1991, and ROSEMARIE HERMAN, as Co-Trustee of the Trust created by Harold Herman dated March 1, 1990,

Plaintiffs,

-against-

JULIAN M. HERMAN, ROCLA, LLC, ROCLAB, LLC, THE VANGUARD GROUP, INC., OAKWORTH CAPITAL BANK, DENTONS SIROTE, PC and HOWARD NEISWENDER,

Defendants.

--------------------------------------------------------------------------------X

SO ORDERED.

_Alvin K. Hellerstein_

U.S.D.J.

2/11/2026

**Case No. 22-cv-6455 (AKH)**

**NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated December 30, 2025, and upon all prior pleadings in this case, plaintiffs Hon. Ariel E. Belen (Ret.), as Temporary Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 and as Temporary Trustee of the Trust created by Rosemarie Herman dated November 27, 1991, and Rosemarie Herman, as Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 (collectively, the "Plaintiffs" or "Trustees") will move before the Honorable Alvin K. Hellerstein, at the United States District Courthouse located at 500 Pearl Street, New York, New York 10601, at a date and time to be determined by the Court, for an order pursuant to the Southern District of New York's Electronic Case Filing Rules & Instructions Rule 6.1, the Stipulated Protective Order dated October 22, 2024 [ECF No. 112], and Rule 4.B of this Court's Individual Rules, granting leave to file under seal, with limited redactions, a stipulation of settlement by and between Plaintiffs and Defendant Oakworth Capital Bank (the "Settlement Stipulation"), with a request for the Court to so-order same.

GSG / #1906721v1 / 0150420 - 081142

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served within the time provided for in Fed. R. Civ. P. 6 and Local Rule 6.1 of the Southern District of New York.

Dated: Garden City, New York
December 31, 2025

JASPAN   SCHESINGER   NARENDRAN   LLP
*Attorneys for Plaintiffs*

By:    s/Gayle S. Gerson
STEVEN S. SCHLESINGER
GAYLE S. GERSON
PETR MOSKALEV
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
(516) 746-8000