UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARIEL E. BELEN, as Temporary Co-Trustee of the
Trust created by Harold Herman dated March 1,
1990 and as Temporary Trustee of the Trust created
by Rosemarie Herman dated November 27, 1991,
and ROSEMARIE HERMAN, as Co-Trustee of the
Trust created by Harold Herman dated March 1,
1990,

                    Plaintiffs,

    vs.

JULIAN M. HERMAN, ROCLA, LLC, ROCLAB,
LLC, THE VANGUARD GROUP, INC.,
OAKWORTH CAPITAL BANK, DENTONS
SIROTE, PC, DENTONS US LLP, and HOWARD
NEISWENDER,

                 Moving Defendants.

------------------------------------------------------------------X

Case No. 22-cv-6455 (AKH)

*So ordered
2-11-26*

## NOTICE OF THE VANGUARD GROUP, INC.'S
## MOTION LEAVE TO FILE UNDER SEAL

**PLEASE TAKE NOTICE** that The Vanguard Group, Inc., will move this court by its

undersigned counsel, before the Honorable Alvin K. Hellerstein, at the United States District

Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York

10007, Courtroom 14D, on a date and time to be set by the Court, for an Order granting it leave

to file two documents under seal (1) a letter to the Court dated June 3, 2025, ECF No. 206, and

(2) a letter to the Court filed June 2, 2025 by Plaintiffs' counsel, ECF No. 205.

**PLEASE TAKE NOTICE** that answering papers, if any, shall be served within the time

prescribed by the Fed. R. Civ. P. 6 and Local Rule 6.1 of the Southern District of New York.

Respectfully submitted,

Dated: June 3, 2025                  By:    */s/ Michael E. Baughman*
                                            Michael E. Baughman, Esquire
                                            Attorney I.D. No. 5641378
                                            TROUTMAN PEPPER
                                            LOCKE LLP
                                            3000 Two Logan Square
                                            Eighteenth and Arch Streets
                                            Philadelphia, PA 19103-2799
                                            Phone: (215) 981-4000
                                            Facsimile: (215) 981-4750
                                            Michael.Baughman@Troutman.com

                                            William M. Taylor (admitted pro hac vice)
                                            BBO #624981
                                            TROUTMAN PEPPER
                                            LOCKE LLP
                                            111 Huntington Avenue
                                            9th Floor
                                            Boston, MA 02199–7613
                                            Phone: (617) 204-5186
                                            William.Taylor@Troutman.com

                                            *Attorneys for Defendant*
                                            *The Vanguard Group, Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, a true and correct copy of the foregoing Motion for

Leave to File Under Seal was served upon Defendant Julian M. Herman, *pro se*, via email.  The

foregoing were also served through the ECF Filing System on the following:

Howard I. Elman
Benjamin S. Litman
ELMAN FREIBERG PLLC
450 Seventh Avenue 33d Floor
New York, New York 10123
helman@ef-law.com
blitman@ef-law.com

John Bolus
Robert H. Fowlkes
MAYNARD NEXSEN PC
1901 Sixth Ave. N., Suite 1700
Birmingham, AL 35203
jbolus@maynardnexsen.com
bfowlkes@maynardnexsen.com

Margaret M. Siller
MAYNARD NEXSEN PC
1131 Fourth Avenue South, Suite 320
Nashville, Tennessee 37210
msiller@maynardcooper.com

Steven R. Schlesinger
Gayle S. Gerson
Laurel R. Kretzing
JASPAN SCHLESINGER LLP
300 Garden City Plaza
Garden City, NY 11530
sschlesinger@jaspanllp.com
ggerson@jaspanllp.com
lkretzing@jaspanllp.com
Attorneys for Plaintiffs

/s *Michael E. Baughman*
Michael E. Baughman