UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ARIEL E. BELEN, as Temporary Co-Trustee of
the Trust created by Harold Herman dated March
1, 1990 and as Temporary Trustee of the Trust
created by Rosemarie Herman dated November
27, 1991, and ROSEMARIE HERMAN, as Co-
Trustee of the Trust created by Harold Herman
dated March 1, 1990,

                        Plaintiffs,

        -against-

JULIAN M. HERMAN, ROCLA, LLC,
ROCLAB, LLC, THE VANGUARD GROUP,
INC., OAKWORTH CAPITAL BANK,
DENTONS SIROTE, PC, and HOWARD
NEISWENDER,

                      Defendants.

Case No. 22-cv-6455 (AKH)

**STIPULATION FOR
MODIFICATION OF
SCHEDULE FOR FILING
REPLIES IN FURTHER
SUPPORT OF MOTIONS FOR
SUMMARY JUDGMENT**

SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
3/16/2026

-----------------------------------------------------------------------X

WHEREAS, by Endorsement dated January 23, 2026 (ECF Doc. 319), the Court granted a

briefing schedule providing that defendants Dentons Sirote, PC and Howard Neiswender, The

Vanguard Group, Inc., Julian M. Herman and Plaintiffs (collectively, the "Parties") shall file

Replies in further support of the pending Motions for Summary Judgment by March 27, 2026;

WHEREAS, the Parties, having now reviewed the opposition papers filed opposing the

pending Motions for Summary Judgment; and

WHEREAS, the Parties have determined that they require additional time to prepare and

file Reply Memoranda of Law and Declarations ("Replies"), as appropriate, and all have consented

to the filing of this Stipulation:

1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and the Moving Defendants, as follows:

1. The deadline for all parties to file Replies in further support of the summary judgment motions is extended by three (3) weeks, from March 27, 2026 to April 17, 2026.

2. All other deadlines and provisions of the Court's prior orders remain unchanged.

3. This Stipulation may be executed in counterparts and by means of electronically scanned signatures.

4. This is the second request for an extension of these deadlines, and the extension will not prejudice any party.

[SIGNATURE PAGE FOLLOWS]

Dated: March 13, 2026

Respectfully submitted,
**JASPAN SCHLESINGER
NARENDRAN LLP**
*Attorneys for Plaintiffs*

By:_____*/s/ Gayle S. Gerson*_____
STEVEN R. SCHLESINGER
GAYLE S. GERSON
PETR MOSKALEV
300 Garden City Plaza, 5th Floor Garden
City, New York 11530
(516) 746-8000

**ELMAN FREIBERG PLLC**
*Attorneys for Defendants Howard
Neiswender and Dentons Sirote P.C.*

By:___*/s/ Howard I. Elman*_____
Howard I. Elman
Benjamin S. Litman
Nora Feher
950 Third Avenue, Suite 1600
New York, NY 10022
(646) 780-8100

**TROUTMAN PEPPER LOCKE LLP**
*Attorneys for Defendant The Vanguard
Group, Inc.*

By:_____*/s/ Michael E. Baughman*_____
Michael E. Baughman
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 191103-2799
(215) 981-4000

William M. Taylor (admitted *pro hac vice*)
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
(617) 204-5186

**PASTORE LLC**
*Attorneys for Defendant Julian Maurice
Herman*

By:____*/s/ Melissa Rose McClammy*_____
Joseph M. Pastore III
Melissa Rose McClammy
4 High Ridge Park, 3rd Floor
Stamford, CT 06905
(203) 658-8454

3