UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                              :

BELEN ET AL,                     :

                     :   **ORDER REGULATING**
               Plaintiffs,   :   **PROCEEDINGS**

                     :

      -against-          :   22 Civ. 6455 (AKH)

                     :

HERMAN ET AL,                :

                     :

             Defendants.   :

                     :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Clerk of Court shall terminate ECF No. 256.  *See* ECF No. 271.

     SO ORDERED.


Dated:      March 17, 2026               /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                    United States District Judge