UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                          :

BELEN ET AL,                    :

                    :    **ORDER REGULATING**
           Plaintiffs,      :    **PROCEEDINGS**

                    :

      -against-             :    22 Civ. 6455 (AKH)

                    :

HERMAN ET AL,               :

                    :

           Defendants.   :

                    :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Clerk of Court shall terminate ECF No. 166.  *See* ECF No. 191.

    SO ORDERED.


Dated:       March 27, 2026                        /s/ Alvin K. Hellerstein
            New York, New York              ALVIN K. HELLERSTEIN
                                              United States District Judge