UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

ARIEL E. BELEN, as Temporary Co-Trustee of the
Trust created by Harold Herman dated March 1, 1990
and as Temporary Trustee of the Trust created by
Rosemarie Herman dated November 27, 1991, and
ROSEMARIE HERMAN, as Co-Trustee of the Trust
created by Harold Herman dated March 1, 1990,

                      Plaintiffs,

      v.

JULIAN M. HERMAN, ROCLA, LLC, ROCLAB,
LLC, THE VANGUARD GROUP, INC.,
OAKWORTH CAPITAL BANK, DENTONS
SIROTE, PC, DENTONS US LLP, and HOWARD
NEISWENDER,

                     Defendants.

----------------------------------------------------------------- X

No. 22-cv-6455 (AKH)

SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4/20/2026

## THE SIROTE DEFENDANTS' NOTICE OF
## MOTION FOR LEAVE TO FILE UNDER SEAL

PLEASE TAKE NOTICE that upon the Sirote Defendants' Memorandum of Law in Support of Their Motion to Seal, dated January 9, 2026, Defendants Howard Neiswender and Dentons Sirote, PC (together, the "Sirote Defendants") will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14D, New York, New York 10007, at a date and time to be set by the Court, for an Order granting leave to file unredacted versions of (i) the Sirote Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, (ii) the Sirote Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, and (iii) the Redacted Exhibits (as defined in the Sirote Defendants' Memorandum of Law in Support of Their Motion to Seal), under seal.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served within the time prescribed by Rule 6 of the Federal Rules of Civil Procedure and Local Rule 6.1 of this Court.

Dated: January 9, 2026
       New York, New York

                             ELMAN FREIBERG PLLC

                             By:   */s/ Howard I. Elman*
                                   Howard I. Elman
                                   Benjamin S. Litman
                                   Nora Feher
                             950 Third Avenue, Suite 1600
                             New York, New York 10022
                             (646) 780-8100
                             helman@ef-law.com
                             blitman@ef-law.com
                             nfeher@ef-law.com

                             *Attorneys for Defendants Howard*
                                *Neiswender and Dentons Sirote, PC*

To:    All Counsel of Record (via ECF)