UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

ARIEL E. BELEN, as Temporary Co-Trustee of the
Trust created by Harold Herman dated March 1,
1990 and as Temporary Trustee of the Trust created
by Rosemarie Herman dated November 27, 1991,
and ROSEMARIE HERMAN, as Co-Trustee of the
Trust created by Harold Herman dated March 1,
1990,

                           Plaintiffs,

      vs.

JULIAN M. HERMAN, ROCLA, LLC, ROCLAB,
LLC, THE VANGUARD GROUP, INC.,
OAKWORTH CAPITAL BANK, DENTONS
SIROTE, PC, DENTONS US LLP, and HOWARD
NEISWENDER,

               Moving Defendants.

--------------------------------------------------------------- X

Case No.  22-cv-6455 (AKH)


SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4/20/2026

## DEFENDANT THE VANGUARD GROUP, INC'S
## MOTION FOR LEAVE TO FILE UNDER SEAL

**PLEASE TAKE NOTICE** that The Vanguard Group, Inc. will move this court by its undersigned counsel, before the Honorable Alvin K. Hellerstein, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Courtroom 14D, on a date and time to be set by the Court, for an Order granting it leave to file its Memorandum of Law in Support of its Motion for Summary Judgment; its Statement of Material Facts in Support of its Motion for Summary Judgment pursuant to Local Civil Rule 56.1; and 23 accompanying Exhibits under seal.

**PLEASE TAKE NOTICE** that answering papers, if any, shall be served within the time prescribed by the Fed. R. Civ. P. 6 and Local Rule 6.1 of the Southern District of New York.

Respectfully submitted,


Dated: January 9, 2026                    By:      */s/ Michael E. Baughman*
                                          Michael E. Baughman, Esquire
                                          Attorney I.D. No. 5641378
                                          TROUTMAN PEPPER LOCKE LLP
                                          3000 Two Logan Square
                                          Eighteenth and Arch Streets
                                          Philadelphia, PA 19103-2799
                                          Phone: (215) 981-4000
                                          Facsimile: (215) 981-4750
                                          Michael.Baughman@Troutman.com

                                          William M. Taylor (admitted pro hac vice)
                                          BBO #624981
                                          TROUTMAN PEPPER LOCKE LLP
                                          111 Huntington Avenue
                                          9th Floor
                                          Boston, MA 02199–7613
                                          Phone: (617) 204-5186
                                          William.Taylor@Troutman.com

                                          *Attorneys for Defendant*
                                          *The Vanguard Group, Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2025, a true and correct copy of the foregoing Motion for

Leave to File Under Seal was served through the ECF Filing System on the following:

Howard I. Elman
Benjamin S. Litman
ELMAN FREIBERG PLLC
450 Seventh Avenue 33d Floor
New York, New York 10123
helman@ef-law.com
blitman@ef-law.com
Attorneys for Defendants
Dentons Sirote PC and Howard Neiswender

John Bolus
Robert H. Fowlkes
MAYNARD NEXSEN PC
1901 Sixth Ave. N., Suite 1700
Birmingham, AL 35203
jbolus@maynardnexsen.com
bfowlkes@maynardnexsen.com

Margaret M. Siller
MAYNARD NEXSEN PC
1131 Fourth Avenue South, Suite 320
Nashville, Tennessee 37210
msiller@maynardcooper.com
Attorneys for Defendant
Oakworth Capital Bank

Joseph M. Pastore III
Melissa Rose McClammy
Pastore LLC
4 High Ridge Park, 3rd Floor
Stamford, CT 06905
Phone: (203) 658-8454
Fax: (203) 717-5550
jpastore@pastore.net
mmcclammy@pastore.net
Attorneys for Defendant Julian M. Herman

Steven R. Schlesinger
Gayle S. Gerson
Laurel R. Kretzing
JASPAN SCHLESINGER LLP

300 Garden City Plaza
Garden City, NY 11530
sschlesinger@jaspanllp.com
ggerson@jaspanllp.com
lkretzing@jaspanllp.com
Attorneys for Plaintiffs


/s *Michael E. Baughman*
Michael E. Baughman