UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

ARIEL E. BELEN, as Temporary Co-Trustee of the Trust created
by Harold Herman dated March 1, 1990 and as Temporary Trustee
of the Trust created by Rosemarie Herman dated November 27,
1991, and ROSEMARIE HERMAN, as Co-Trustee of the Trust
created by Harold Herman dated March 1, 1990,

                                                Plaintiffs,

                    -against-

JULIAN M. HERMAN, ROCLA, LLC, ROCLAB, LLC, THE
VANGUARD GROUP, INC., OAKWORTH CAPITAL BANK,
DENTONS SIROTE, PC and HOWARD NEISWENDER,

                                    Defendants.
--------------------------------------------------------------------------------X

**Case No. 22-cv-6455 (AKH)**

**NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4/20/2026

    **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated January 14, 2026, and upon all prior pleadings in this case, plaintiffs Hon. Ariel E. Belen (Ret.), as Temporary Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 and as Temporary Trustee of the Trust created by Rosemarie Herman dated November 27, 1991, and Rosemarie Herman, as Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 (collectively, the "Plaintiffs" or "Trustees") will move before the Honorable Alvin K. Hellerstein, at the United States District Courthouse located at 500 Pearl Street, New York, New York 10601, at a date and time to be determined by the Court, for an order pursuant to the Court's individual practice rules and Section 6 of the Southern District of New York's Electronic Case Filing Rules and Instructions for leave to file certain documents under seal.

    **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served within the time provided for in Fed. R. Civ. P. 6 and Local Rule 6.1 of the Southern District of New York.

SZB / #1911188v2 / 0150420 - 081142

Dated: Garden City, New York
    January 14, 2026

                                JASPAN   SCHESINGER   NARENDRAN   LLP
                                *Attorneys for Plaintiffs*

                    By:      s/Gayle S. Gerson
                             STEVEN S. SCHLESINGER
                             GAYLE S. GERSON
                             300 Garden City Plaza, 5th Floor
                             Garden City, New York 11530
                             (516) 746-8000

SZB / #1911188v2 / 0150420 - 081142