UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARIEL E. BELEN, as Temporary Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 and as Temporary Trustee of the Trust created by Rosemarie Herman dated November 27, 1991, and ROSEMARIE HERMAN, as Co-Trustee of the Trust created by Harold Herman dated March 1, 1990, <br><br> Plaintiffs, <br><br><br> vs. <br><br><br> JULIAN M. HERMAN, ROCLA, LLC, ROCLAB, LLC, THE VANGUARD GROUP, INC., OAKWORTH CAPITAL BANK, DENTONS SIROTE, PC, DENTONS US LLP, and HOWARD NEISWENDER, <br><br><br> Defendants. | SO ORDERED. <br> /s/ Alvin K. Hellerstein, U.S.D.J. <br> 4/20/2026 <br><br><br><br> Case No. 22-cv-6455 (AKH) |

**NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that pursuant to the Southern District of New York's Electronic

Case Filing Rules & Instructions Rule 6.1, the Stipulated Protective Order (ECF No. 112) and Rule

4.B of this Court's Individual Rules, Defendant Julian Maurice Herman will move before the

Honorable Alvin K. Hellerstein, at the Unites States District Court Courthouse for the Southern

District of New York, 500 Pearl Street, New York, New York, 10007, Courtroom 14D, on a date

and time to be set by the Court, for an order granting leave to file under seal certain exhibits to the

Declaration of Joseph M. Pastore III filed in support of Julian Maurice Herman's Opposition to

Plaintiffs' Motion for Summary Judgment (ECF No. 311).

1

Dated: March 6, 2026
      Stamford, CT

Respectfully submitted,

*/s/ Joseph M. Pastore III*
Joseph M. Pastore III
Melissa Rose McClammy
Pastore LLC
4 High Ridge Park, 3rd Floor
Stamford, CT 06905
Phone: (203) 658-8454
Fax: (203) 717-5550
jpastore@pastore.net
mmcclammy@pastore.net
*Counsel for Defendant Julian M. Herman*

2

## CERTIFICATION

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 6, 2026.


Dated: March 6, 2026

By:      */s/ Joseph M. Pastore III*
         Joseph M. Pastore III