UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ARIEL E. BELEN, as Temporary Co-Trustee of the
Trust created by Harold Herman dated March 1,
1990 and as Temporary Trustee of the Trust created
by Rosemarie Herman dated November 27, 1991,
and ROSEMARIE HERMAN, as Co-Trustee of the
Trust created by Harold Herman dated March 1,
1990,

                    Plaintiffs,

    vs.

JULIAN M. HERMAN, ROCLA, LLC, ROCLAB,
LLC, THE VANGUARD GROUP, INC.,
OAKWORTH CAPITAL BANK, DENTONS
SIROTE, PC, DENTONS US LLP, and HOWARD
NEISWENDER,

               Moving Defendants.

Case No.  22-cv-6455 (AKH)

SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4/20/2026

------------------------------------------------------------------X

**DEFENDANT THE VANGUARD GROUP, INC.'S
<u>MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

**PLEASE TAKE NOTICE** that The Vanguard Group, Inc. will move this court by its undersigned counsel, before the Honorable Alvin K. Hellerstein, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Courtroom 14D, on a date and time to be set by the Court, for an Order granting it leave to file its Reply Memorandum of Law in Support of its Motion for Summary Judgment; its Response to Plaintiffs' Counterstatement of Material Facts; and five (5) accompanying Exhibits under seal.

**PLEASE TAKE NOTICE** that answering papers, if any, shall be served within the time prescribed by the Fed. R. Civ. P. 6 and Local Rule 6.1 of the Southern District of New York.

[signature block follows on next page]

Respectfully submitted,


Dated: April 17, 2026          By:     */s/ Michael E. Baughman*
                                        Michael E. Baughman, Esquire
                                        Attorney I.D. No. 5641378
                                        TROUTMAN PEPPER LOCKE LLP
                                        3000 Two Logan Square
                                        Eighteenth and Arch Streets
                                        Philadelphia, PA 19103-2799
                                        Phone: (215) 981-4000
                                        Facsimile: (215) 981-4750
                                        Michael.Baughman@Troutman.com

                                        William M. Taylor (admitted pro hac vice)
                                        BBO #624981
                                        TROUTMAN PEPPER LOCKE LLP
                                        111 Huntington Avenue
                                        9th Floor
                                        Boston, MA 02199–7613
                                        Phone: (617) 204-5186
                                        William.Taylor@Troutman.com

                                        *Attorneys for Defendant*
                                        *The Vanguard Group, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, a true and correct copy of the foregoing Motion for Leave

to File Under Seal was served through the ECF Filing System on the following:

| | |
|---|---|
| Howard I. Elman<br>Benjamin S. Litman<br>ELMAN FREIBERG PLLC<br>450 Seventh Avenue 33d Floor<br>New York, New York 10123<br>helman@ef-law.com<br>blitman@ef-law.com<br> Attorneys for Defendants  Dentons Sirote PC<br>and Howard Neiswender | John Bolus<br>Robert H. Fowlkes<br>MAYNARD NEXSEN PC<br>1901 Sixth Ave. N., Suite 1700<br>Birmingham, AL 35203<br>jbolus@maynardnexsen.com<br>bfowlkes@maynardnexsen.com<br><br>Attorneys for Defendant Oakworth Capital<br>Bank |
| Joseph M. Pastore III<br>Melissa Rose McClammy<br>Pastore LLC<br>4 High Ridge Park, 3rd Floor<br>Stamford, CT 06905<br>Phone: (203) 658-8454<br>Fax: (203) 717-5550<br>jpastore@pastore.net<br>mmcclammy@pastore.net<br>Attorneys for Defendant Julian M. Herman | Steven R. Schlesinger<br>Gayle S. Gerson<br>Laurel R. Kretzing<br>JASPAN SCHLESINGER LLP<br>300 Garden City Plaza<br>Garden City, NY 11530<br>sschlesinger@jaspanllp.com<br>ggerson@jaspanllp.com<br>lkretzing@jaspanllp.com<br>Attorneys for Plaintiffs |

/s *Michael E. Baughman*
Michael E. Baughman