UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
ARIEL E. BELEN, as Temporary Co-Trustee of the Trust created
by Harold Herman dated March 1, 1990 and as Temporary Trustee
of the Trust created by Rosemarie Herman dated November 27,
1991, and ROSEMARIE HERMAN, as Co-Trustee of the Trust
created by Harold Herman dated March 1, 1990,

|                                    |                                          |
|------------------------------------|------------------------------------------|
|                     Plaintiffs,    | **Case No. 22-cv-6455 (AKH)**            |
| -against-                          |                                          |
| JULIAN M. HERMAN, ROCLA, LLC, ROCLAB, LLC, THE VANGUARD GROUP, INC., OAKWORTH CAPITAL BANK, DENTONS SIROTE, PC and HOWARD NEISWENDER, | **NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
|                     Defendants.    |                                          |

-------------------------------------------------------------------------------X

SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4/20/2026

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Gayle S. Gerson, dated April 20, 2026, and upon all prior pleadings in this case, plaintiffs Hon. Ariel E. Belen (Ret.), as Temporary Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 and as Temporary Trustee of the Trust created by Rosemarie Herman dated November 27, 1991, and Rosemarie Herman, as Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 (collectively, the "Plaintiffs" or "Trustees") will move before the Honorable Alvin K. Hellerstein, at the United States District Courthouse located at 500 Pearl Street, New York, New York 10601, at a date and time to be determined by the Court, for an order pursuant to the Southern District of New York's Electronic Case Filing Rules & Instructions Rule 6.1, the Stipulated Protective Order dated October 22, 2024 [ECF No. 112] (the "Protective Order"), and Rule 4.B.i of this Court's Individual Rules, granting leave to file under seal portions of Plaintiffs' Reply Memorandum of Law in Further Support of their Motion for Summary Judgment against defendants Julian M. Herman, Dentons Sirote, PC and Howard Neiswender. [ECF No. 379].

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served

PZM / #1931387v1 / 0150420 - 081142

within the time provided for in Fed. R. Civ. P. 6 and Local Rule 6.1 of the Southern District of

New York.


Dated: Garden City, New York
   April 20, 2026

<div style="margin-left: 45%;">

JASPAN   SCHESINGER   NARENDRAN   LLP
*Attorneys for Plaintiffs*

By:  *s/Gayle S. Gerson*
   STEVEN S. SCHLESINGER
   GAYLE S. GERSON
   300 Garden City Plaza, 5th Floor
   Garden City, New York 11530
   (516) 746-8000

</div>