UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ARIEL E. BELEN, as Temporary Co-Trustee of the
Trust created by Harold Herman dated March 1, 1990
and as Temporary Trustee of the Trust created by
Rosemarie Herman dated November 27, 1991, and
ROSEMARIE HERMAN, as Co-Trustee of the Trust
created by Harold Herman dated March 1, 1990,

       Plaintiffs,

  v.

JULIAN M. HERMAN, ROCLA, LLC, ROCLAB,
LLC, THE VANGUARD GROUP, INC.,
OAKWORTH CAPITAL BANK, DENTONS
SIROTE, PC, DENTONS US LLP, and HOWARD
NEISWENDER,

       Defendants.

------------------------------------------------------------------ X

No. 22-cv-6455 (AKH)

SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4/20/2026

## THE SIROTE DEFENDANTS' NOTICE OF
## MOTION FOR LEAVE TO FILE UNDER SEAL

  PLEASE TAKE NOTICE that upon the Sirote Defendants' Memorandum of Law in Support of Their Motion to Seal, dated April 17, 2026, Defendants Howard Neiswender and Dentons Sirote, PC (together, the "Sirote Defendants") will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14D, New York, New York 10007, at a date and time to be set by the Court, for an Order granting leave to file redacted versions of (i) the Sirote Defendants' Reply Memorandum of Law in in Further Support of their Motion for Summary Judgment, and (ii) the Sirote Defendants' Responses to Plaintiffs' Counterstatement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served within

the time prescribed by Rule 6 of the Federal Rules of Civil Procedure and Local Rule 6.1 of this

Court.

Dated: April 17, 2026
          New York, New York

                                           ELMAN FREIBERG PLLC

                                           By:    */s/ Howard I. Elman*
                                                  Howard I. Elman
                                                  Benjamin S. Litman
                                                  Nora Feher
                                           950 Third Avenue, Suite 1600
                                           New York, New York 10022
                                           (646) 780-8100
                                           helman@ef-law.com
                                           blitman@ef-law.com
                                           nfeher@ef-law.com

                                           *Attorneys for Defendants Howard*
                                              *Neiswender and Dentons Sirote, PC*

To:    All Counsel of Record (via ECF)

2