UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARIEL E. BELEN, as Temporary Co-Trustee of the Trust created by Harold Herman dated March 1, 1990 and as Temporary Trustee of the Trust created by Rosemarie Herman dated November 27, 1991, and ROSEMARIE HERMAN, as Co-Trustee of the Trust created by Harold Herman dated March 1, 1990, <br><br> Plaintiffs, <br><br> vs. <br><br> JULIAN M. HERMAN, ROCLA, LLC, ROCLAB, LLC, THE VANGUARD GROUP, INC., OAKWORTH CAPITAL BANK, DENTONS SIROTE, PC, DENTONS US LLP, and HOWARD NEISWENDER, <br><br> Defendants. | Case No. 22-cv-6455 (AKH) <br><br><br> SO ORDERED. <br> /s/ Alvin K. Hellerstein, U.S.D.J. <br> 4/20/2026 |

**DEFENDANT JULIAN MAURICE HERMAN'S
MEMORANDUM OF LAW IN SUPPORT OF MOTION
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Defendant Julian Maurice Herman ("Mr. Herman") respectfully requests leave, pursuant

to the Southern District of New York's Electronic Case Filing Rules & Instructions Rule 6.1, the

Stipulated Protective Order dated October 22, 2024 (ECF No. 112, at ¶ 10) (the "Protective

Order"), and Rule 4.B of this Court's Individual Rules, to file under seal certain exhibits to the

Declaration of Joseph M. Pastore III filed in support of Julian Maurice Herman's Motion for

Summary Judgment as to Plaintiffs Hon. Ariel E. Belen (Ret.), as Temporary Co-Trustee of the

Trust created by Harold Herman dated March 1, 1990 and as Temporary Trustee of the Trust

1

created by Rosemarie Herman dated November 27, 1991, and Rosemarie Herman, as Co-Trustee

of the Trust created by Harold Herman dated March 1, 1990 (collectively, the "Plaintiffs") claims

and Defendant The Vanguard Group, Inc.'s ("Vanguard") Cross-claims.

## I.   This Court's Individual Rules and the Protective Order Require Confidential Documents to be Filed Under Seal

The Protective Order states:

> If a Party other than the Producing Party seeks to file with the Court portions of any documents, testimony or other material designated as "Confidential," or any papers containing or making reference to such materials, such filing Party shall take all reasonable steps to apply for leave to file the materials under seal, in full compliance with Judge Hellerstein's Individual Practice Rule 4, and any other Court rules or procedures governing this Action. If the Court thereafter directs the filing of a formal motion, or submission of supplemental documentation in support of an application to seal, the Producing Party shall bear the burden of making such motion or submitting such documentation as directed.

Mr. Herman's Memorandum of Law in support of his Motion for Summary Judgment cites

documents that were produced in discovery during this litigation by Plaintiffs and Defendants and

that contain confidential information and were designated "Confidential" pursuant to the

Protective Order. Pursuant to this Court's Individual Rules, Mr. Herman has e-filed on the public

docket documents that were able to be redacted and are contemporaneously submitting a courtesy

copy of the Memorandum of Law in Support of Motion for Leave and supporting exhibits,

specifying those portions sought to be sealed.

## II.   Basis for Sealing Request

Although there is a presumption that documents filed with the Court will be accessible to

the public, "[t]his presumption of public access may be rebutted where 'the proponent of sealing…

'demonstrate[s] that closure is essential to preserve higher values and is narrowly tailored to serve

that interest.'" *In re Am. Realty Cap. Props., Inc. Litig.*, No. 15 CIV. 307 (AKH), 2019 WL

11863704, at *1 (S.D.N.Y. Mar. 25, 2019) (citations omitted). The preservation of higher values includes "protecting privacy interests, including by redacting certain non-relevant personal identifying information." (*Id.*).

The parties have agreed to move to file documents under seal pursuant to the Protective Order. Mr. Herman seeks to documents that contain personal identifying information, including his social security number, email addresses, phone numbers, birthday, and other personal identifying information that is not public information. *See In re Am. Reality Cap. Props., Inc. Litig.,* at *1 (citing *Palomo v. DeMaio*, No. 515 Civ. 1536 (LEK), 2018 WL 5113133, at *2 (N.D.N.Y. Oct. 19, 2018)). Mr. Herman's request to seal these documents is narrowly tailored to protect Mr. Herman's privacy.

Mr. Herman also seeks to seal documents that contain his banking and other confidential financial information between Mr. Herman. Sealing of these documents is also appropriate to preserve Mr. Herman's interest in confidentiality. *See Bunkers Int'l v. Orient Oil*, No. 08 CIV. 10905(PKC), 2008 WL 5431166, at *2 (S.D.N.Y. Dec. 23, 2008) (finding that bank account numbers and wire transfer information may be filed under seal because "[t]here is very little need for public access to such information and the potential for harm through bank fraud or identity theft is great.").

For the foregoing reasons, Mr. Herman respectfully requests that the Court grant leave to file under seal the following exhibits, which have been designated confidential, to the Declaration of Joseph M. Pastore III filed in support of Julian Maurice Herman's Motion for Summary Judgment:

1. Exhibit C
2. Exhibit E
3. Exhibit G
4. Exhibit H
5. Exhibit I
6. Exhibit L
7. Exhibit O
8. Exhibit P
9. Exhibit R
10. Exhibit S
11. Exhibit T
12. Exhibit U
13. Exhibit V
14. Exhibit W
15. Exhibit X
16. Exhibit Y
17. Exhibit Z
18. Exhibit AA
19. Exhibit GG

20. Exhibit HH

21. Exhibit II

22. Exhibit LL

23. Exhibit MM

Dated: January 9, 2026
          Stamford, CT

                                        Respectfully submitted,

                                        */s/ Joseph M. Pastore III*
                                        Joseph M. Pastore III
                                        Melissa Rose McClammy
                                        Pastore LLC
                                        4 High Ridge Park, 3rd Floor
                                        Stamford, CT 06905
                                        Phone: (203) 658-8454
                                        Fax: (203) 717-5550
                                        jpastore@pastore.net
                                        mmcclammy@pastore.net
                                        *Counsel for Defendant Julian M. Herman*

## **CERTIFICATION**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 9, 2026.

Dated: January 9, 2026

By:    */s/ Joseph M. Pastore III*
Joseph M. Pastore III